IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Rental Car Intermediate Holdings, LLC,<br><br>            Reorganized Debtor. | )<br>)  Chapter 11<br>)<br>)  Case No. 20-11247 (MFW)<br>)  (Bankr. D. Del.)<br>) |
| Rental Car Intermediate Holdings, LLC,<br><br>            Appellant,<br><br>  v.<br><br>Siobhan Abrams, *et al.*,<br><br>            Appellees. | )<br>)<br>)  Appeal from the Bankruptcy Court<br>)<br>)  C.A. No. 22-939 (MN)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington, this 19th day of August 2022;

WHEREAS, on August 18, 2022, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 24) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, no objections to the Recommendation are anticipated because the Recommendation is consistent with the parties' positions (*Id*. at 4); and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, should the Court deny Appellees' pending motion to dismiss, the following briefing schedule shall govern this appeal:

| | |
|---|---|
| Appellant's Opening Brief | 30 days after entry of an order denying Appellees' Motion to Dismiss |
| Appellees' Answering Brief | 30 days after service of Appellant's Opening Brief |
| Appellant's Reply Brief | 14 days after service of Appellees' Brief |

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge